| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| BRUCE ALLEN RUTHERFORD | § |
| | § |
| *versus* | § CIVIL ACTION NO. 4:19-CV-348 |
| | § CRIMINAL ACTION NO. 4:17-CR-41(1) |
| UNITED STATES OF AMERICA | § |

## ORDER

The above-styled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

It is accordingly **ORDERED** that Movant's motion for immediate release (#7) and motion for summary judgment (#8) are **DENIED**.

SIGNED at Beaumont, Texas, this 20th day of August, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE