| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

BRUCE ALLEN RUTHERFORD #27006-078 §
§
*versus* § CIVIL ACTION NO. 4:19-CV-348
§ CRIMINAL ACTION NO. 4:17-CR-41(1)
UNITED STATES OF AMERICA §

## ORDER

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding that Movant's motion for summary judgment and motion for immediate release (Dkt. ##21, 26) should be denied. Movant did not file objections. Having reviewed the Report and Recommendation, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Movant's Motions for Summary Judgment (#21) and Immediate Release (Dkt. #26) are **DENIED**.

SIGNED at Beaumont, Texas, this 18th day of March, 2020.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE