**UNITED STATES DISTRICT COURT**   **EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| BRUCE ALLEN RUTHERFORD #27006-078 § | |
| § | |
| *versus* § | CIVIL ACTION NO. 4:19-CV-348 |
| § | CRIMINAL ACTION NO. 4:17-CR-41(1) |
| UNITED STATES OF AMERICA § | |

## MEMORANDUM OPINION AND ORDER

Appellant Bruce Allen Rutherford filed a motion for leave to appeal *in forma pauperis* (Dkt. #41). Appellant may proceed *in forma pauperis* on appeal only if he is economically eligible and presents a nonfrivolous issue. *See Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). A review of the case reveals that Appellant filed a "Demand for Recusal" of the undersigned United States District Judge (Dkt. #38), which this Court denied (Dkt. #39). Appellant is appealing the Court's denial of recusal (Dkt. #40).

In reviewing Appellant's motion, the record shows that Appellant attached only one page of his trust data sheet (Dkt. #41-1). However, that page shows "National 6 Months Deposits" of $445.79, and "National 6 Months Avg Daily Balance" of $838.76. Therefore, Appellant fails to show he is economically eligible. *Id.* He also fails to present a nonfrivolous issue on appeal. *Id.*

It is therefore **ORDERED** the motion for leave to appeal *in forma pauperis* (Dkt. #41) is **DENIED**.

SIGNED at Beaumont, Texas, this 22nd day of January, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE